For The Eastern District of Tennessee
Eastern Division

Plantiff(s)

**RECEIVED BY**

JAN 20 2023

Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson

1) Nathaniel Caddell
2) DeAndre' Pickering
3) Gary Baker
4) Cordetrick Perry
5) Rodney L. Nance, SR
6) Desmond Miller
7) Fabian Bills
8) Paul Bingh
9) James W. Dunkle
10) Clint Raymen
11) Bryan Watkins
12) Dalton Crutchfield, JR
13) Jordan Powell

Case No..

V.

1) OBION County Detention center    6) Jacob Poole - C/o
2) Carl Jackson - sheriff
3) Kent Treece - Chief
4) Kasi Kissell - Captain
5) Michael Shapp - sgt.

Violation of Constitional Rights
Constitional Violation

On approx. 01/09/2023 officers at the Obion County
Jail conducted a cell search in search of contraband due
to officers hearing of drugs, shanks, and other items.
The search conducted was done by male and female
employees of the Obion County Sheriff's Department.
The search was conducted one pod at a time and
each pod was taken out of the pod and taken
to another room which was feet away from a high
intensity x-ray body cavity scanner. After each pod's
cells were searched and cleared of contraband the
male and female officers escorted each individual to
their designated pod. Once escorted into the pod
where there were male and female officers present
all inmates were forced by threat of bodily harm
and verbal abuse using sexual, racist, and derogatory
language that put inmates in fear of abuse or
inhumane treatment. Inmates were forced to a
shower area in full view of female officers who
were present at the time of the strip search of
male inmates. During this full body strip search all
inmates were forced to "strip" our clothes off and
become entirely naked in front of female officers as
well as other inmates. Numerous attempts were
made and suggestions were given on ways the
inmates could be "strip searched" in our cells
away from female officers but Captain Kasi Kissell
stated we (the inmates) were "slaves to the system

who have no rights but to show your ass and nuts
when I say." This statement came from a woman
and was directed to male inmates. During this strip
search officers made sexual comments toward inmates
such as, "you don't have to be ashamed. These ladies
have seen dick and balls before." (Stated by officer Sharp)
while smiling and snickering as he began to strip
search inmates. There was a statement made by an
officer "Bell" who is a female officer say how she
sees "bigger dick at home", referring to an imates
penis. Comments were made in sexual and degrading
and embarrassing and cruel manners. Inmates
were told to "drop that ass like it's hot", and
to "show me those nuts", and "let me see you shake
it" by officers who showed pleasure in this cruel
and inhumane behavior by smiling and making
jokes while laughing at the inmates while officers
cause us self-conscious distress by use of mental abuse,
verbal abuse, and threat of physical abuse. All of these
things were done to us in an unreasonable way with
ill intentions to retaliate against inmates. This is
supported by statements made by officers like, "you
get your shit taken when you do drugs in my jail"
which refers to inmates overdosing on phentenyl. It
was also confirmed by the jail nurse that (2) two
people were hospitolized to the phentenyl overdose and
the spreading of Hepititis by sharing needles. These

inmates who overdosed have no access to the federal
inmates of this complaint as they are state inmates.
There is only interaction in the presence of an officer
where the state inmates are under the watchful eye
of the officer during feeding federal imates. and the
feeding inmates are trustworthy trustees with jobs and
have earned the jails trust. Officer "Poole" made a
statement that Chief "Kent Treece" said to "look in
thier assholes" for the alleged drugs. Officer "Poole"
stated that the reason for the "strip search" was to
"let inmates know who's boss" and to "put the slaves
back in chains" because the jail was getting out
of control. Officers were asked why we had to get
naked and expose ourselves to ~~moth~~ male and female
officers in our nakedness instead of using the high
intensity full body x-ray machine that the jail has
readily available and officer "Bell", a female officer,
stated "then we could see who was packin the best"
and "where's the fun in that?". This was a sexual
advance by a female officer. Officers were laughing
and seemed to take joy in our angst caused by the
mental anguish and physical torment which was the
result of the misconduct of officers at the Obion
County Sheriffs Department.
On approx. 01/10/2023 Chief Kent Treece and
Captain Kissell came to each pod to address the
misconduct of the officers and employees during the

unreasonable and barbaric search. The response to
inquiries of our possessions being destroyed were, "Dont
do drugs in my jail and you'll have your things." This
was in response to the drug use of state inmates and
the destruction and vandalism and confiscation of our
property that was in our possession rightfully. During the
search the officers were being lawless and unruly as
they intentionally destroyed items such as headphones
inmates use to communicate with family and attorneys, the
religious material that inmates were constitutionally allowed
to possess like Bibles, Qurans, Torrahs, (etc) Prayer Rugs, as
well as Catholic Prayer Rosary Beads. When Captain
Kasi Kissell and Chief Kent Treece were asked about
the corrupt intentions of destroying our property
and religious material "Kissell" stated, "You've been
to prison before so you know the deal. I run this
jail how I want and while in my jail you have no
rights." Treece made the statement, "Don't come to
my jail and try to find God now that you're locked up.
You shoulda worried about religion before you came to
hell." "Treece" and "Kissell" were asked if inmates
could have the rightfully possessed property returned
because of the confiscation being unfair and wrong but
inmates were denied by both "Treece" and "Kissell" by
"Kissell" saying "Whats done is done. Go buy it on
commissary." This jail doesn't allow inmates to recieve
any religious material in any form and it is not

sold on commissary. Items that were taken also
include but are not limited to shoes, socks, t-shirts,
bowls, cups, thermal pants, thermal shirts, stamps, fiction
and non-fiction books, legal papers, law books, prescription
eye-glasses, food purchased from commissary, head phones,
hygiene, hair brushes, and etc. These are also items
that are named which have been destroyed but are not
limited to the ones being named.

The individuals who make these claims humbly ask
the courts to acknowledge the corruption of the Obion County
Jail and its employees. The individuals who make
these claims would greatly appreciate it the courts will
consider the pain and suffering that we endure daily
from the mental torture and psychological abuse, the
threat of physical abuse or destruction of property and
possession, and every other cruel and unjust punishment
that's forced upon us. We were taken through a traumatic
ordeal by officers who threatened us, falsely accused us,
destroyed our rightfully possessed belongings bought
from commissary, restricted of our right to practice our
religion, fired upon with a sexual and racist barrage
of comments, remarks, and threats, and forced to strip
naked exposing our genitals and anus in front of women
who are employed at the obion county jail when
there were alternatives. and remedies to avoid our
embarrassment, the sexual misconduct, and unreasonable

search. The possible alternatives were the high intensity full body X-ray machine that is to search and scan the bodies of inmates in place of the degrading "strip search", taking inmates to thier ~~designed~~ designated cells behind a closed door and out of view of the woman who witnessed naked inmates and made crude and sexual comments, or simply removed the women. But instead the officers and employees chose to deliberatly degrade us by psychological abuse. Inmates asked why the search was so aggressive and "Treece" stated that, "There are "shanks" and "drugs" in my jail so if I have to look in a couple of assholes then I'm making the decision to look in an asshole." and "We don't need the xray machine when all I gotta do is get naked to please us." While waiting to be "strip searched" we weve mere feet from the expensive X-ray machine bought to check inmates for "drugs", "skanks", etc. This search was conducted because the employees were angry and being spiteful and vindictive then humiliated each and every one of us in front of each other as well as in the presence of women. Our belongings were destroyed along with our commisary being confiscated for no reason. Some individuals were put in fear of physical harm and threats by the employees. The clear misconduct includes but is not limited to sexual harrassment, theft, verbal assault, vandalism, racism, and etc. We are indeed

inmates but we are still united states citizens and for no reason shall our rights be violated. The day of this search has taken united states citizens and treated them as animals, or as "Kissell" describes us as "slaves" to the system. This enslavement of united states citizens is unjust, unreasonable, unfair and cruel punishment. We are detainees awaiting as pretrial defendant who are presumed innocent until proven guilty, not some animal to be caged and punished by the staff at the Obion County Sheriff's Department.

We humbly, and respectfully ask the courts to consider this civil suit.

Respectfully Submitted
( see attached signatures)
On the Last page.

(Relief)

For the violation of our rights we are seeking the sum of 500 million dollars for our pain and suffering. And this degrading offense we had to endure.

SWORN on The 10th day of January, 2023



Respectfully Submitted,

1) Nathaniel Caddell          NATHANIEL CADDELL
2) D. Pickee                  DeAndre Pickering
3) Gary Baker                 Gary Baker
4) Cordetrick Perry           Cordetrick Perry
5) Rodney L. Nance, Sr        Rodney L. Nance, Sr
6) Desmond Miller             DESMOND MILLER
7) Fabian Bills               Fabian Bills
8) Paul Bingham               Paul Bingham
9) James W Dunkle             James W Dunkle
10) Clint Raymer              Clint Raymer
11) Bryan Watkins             Bryan Watkins
12) Walton Crutchfield Jr.    Walton Crutchfield Jr.
13) Jorden Powell             Jorden Powell

SWORN on the 10th day of January, 2023