CASENO:   1:23cv01011
DOCUMENT: 6

Gary Baker
Obion County Jail
1 Law Lane
Union City, TN 38261

ELECTRONIC FILING AND NOTIFICA
THE WESTERN DISTRICT OF TENNES
http://www.tnwd.uscourts.gov/
UP FOR ELECTRONIC FILING AND N

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
262 U.S. COURTHOUSE
111 S. HIGHLAND AVE.
JACKSON, TN 38301

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
JUN 07 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

MEMPHIS TN 380
31 MAY 2023 PM 3

quadient
FIRST-CLASS MAIL
IMI
$000.84
05/31/2023 ZIP 38301
043M31225262
US POSTAGE

JUN 07 2023

RTS

NIXIE   381   FE 1        0006/06/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 38301510199        *0747-00672-31-46

```
CASENO:   1:23cv01011
DOCUMENT: 6



Jordan  Powell
Obion County Jail
1 Law Lane
Union City, TN 38261
```



```
ELECTRONIC FILING AND NOTIFICATI
THE WESTERN DISTRICT OF TENNESSE
http://www.tnwd.uscourts.gov/ FO
UP FOR ELECTRONIC FILING AND NOT
```

CASENO:   1:23cv01011
DOCUMENT: 6

Clint Raymen
Obion County Jail
1 Law Lane
Union City, TN 38261



ELECTRONIC FILING AND NOTIFIC
THE WESTERN DISTRICT OF TENNE
http://www.tnwd.uscourts.gov/
UP FOR ELECTRONIC FILING AND

CASENO:   1:23cv01011
DOCUMENT: 6

James Dunkle
Obion County Jail
1 Law Lane
Union City, TN 38261

ELECTRONIC FILING AND NOTIFI
THE WESTERN DISTRICT OF TENN
http://www.tnwd.uscourts.gov
UP FOR ELECTRONIC FILING AND

