```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

NATHANIEL CADDELL, ET Al.,        )
                                  )
    Plaintiffs,                   )
                                  )
vs.                               )    No. 23-1011-SHM-tmp
                                  )
OBION COUNTY DETENTION CENTER,    )
ET AL.,                           )
                                  )
    Defendants.                   )

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed on August 31, 2023, certifying that an appeal would not be taken in good faith, notifying Plaintiffs of the appellate filing fee, and recommending this dismissal be treated as a strike under 28 U.S.C. § 1915(g).

# APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 31, 2023                    WENDY R. OLIVER
DATE                               CLERK

                                                  */s/ Jairo Mendez*
                                                  (By) DEPUTY CLERK